# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0204
L.T. Case No. 2025107675

_____

MARSHA PAYTON,

Appellant,

v.

CUSTOMS AND BORDER
PROTECTION,

Appellee.

_____

Administrative Appeal from the Reemployment Appeals
Commission.

Marsha Payton, Ormond Beach, pro se.

No Appearance for Appellee.

March 18, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____